UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SAMUEL E. THOMAS | § |
| | § |
| v. | § CIVIL CASE NO. 4:20-CV-317-SDJ |
| | § |
| PORTFOLIO RECOVERY | § |
| ASSOCIATES, LLC | § |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2020, the report of the Magistrate Judge, (Dkt. #21), was entered containing proposed findings of fact and recommendations that Plaintiff Samuel E. Thomas's Motion to Dismiss Complaint with Prejudice (Dkt. #14) be granted, and Defendant Portfolio Recovery Associates, LLC's Motion for Sanctions (Dkt. #17) be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that that Plaintiff Samuel E. Thomas's Motion to Dismiss Complaint with Prejudice, (Dkt. #14), is **GRANTED**. All of Plaintiff Samuel E. Thomas's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Defendant Portfolio Recovery Associates, LLC's Motion for Sanctions, (Dkt. #17), is **DENIED**.

- 2 -

All other relief not expressly granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 23rd day of November, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE